| | |
|---|---|
| BROOKS R. BROWN (SBN 250724)<br>*bbrown@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>10250 Constellation Blvd.<br>Los Angeles, California  90067<br>Tel.:  310.788.5100<br>Fax:  310.286.0992<br><br>ROBERT B. BADER (SBN 233165)<br>*rbader@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center, 24th Floor<br>San Francisco, California  94111<br>Tel.:  415.733.6000<br>Fax:  415.677.9041<br><br>Attorneys for Defendants:<br>*Bank of America Corporation*, and *Bank of America, N.A.,* and *Countrywide Financial Corporation* | **\*E-FILED 06-25-2010\*** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARY H. JOSEPH, JOHN AND KRISTINE CORONEL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION, N.A., a foreign corporation, BANK OF AMERICA CORPORATION, N.A., FKA COUNTRYWIDE FINANCIAL, a foreign corporation, ANGELO MOZILO, an individual, KENNETH D. LEWIS, an individual, and DOES, 1-10,<br><br>            Defendants. | Case No. 5:10-CV-02152-HRL<br><br>[PROPOSED] **ORDER GRANTING TIME FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Courtroom:     2<br>Judge:            Magistrate Howard R. Lloyd<br><br>**[Re:  Docket No. 15]** |

**~~[PROPOSED]~~ ORDER GRANTING TIME FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT**

Upon consideration of the Stipulation Extending Time For Certain Defendants to Respond to Complaint, and for good cause having been shown, IT IS HEREBY ORDERED THAT defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation and Angelo Mozilo shall have up to and including **Thursday, August 26, 2010** to answer or otherwise respond to Plaintiffs' Complaint in this action.  **The initial case management conference set for August 3, 2010 is continued to September 28, 2010, 1:30 p.m.  Related deadlines (see Order, Docket No. 5) are adjusted accordingly.**

**IT IS SO ORDERED.**

Dated: _____ June 25 __, 2010         _____
                                            HON. HOWARD R. LLOYD
                                            UNITED STATES DISTRICT MAGISTRATE JUDGE