JESSICA E. RAUFF, ESQ.  (SBN:262264)
The Law Office of Jessica E. Rauff
1045 S. 12th Street
San Jose, CA  95112
T: (408) 466-7436
F: (408) 668-0977
JRauff@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY H. JOSEPH, JOHN AND KRISTINE CORONEL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION, N.A., a foreign corporation, BANK OF AMERICA CORPORATION, N.A., FKA COUNTRYWIDE FINANICIAL, a foreign corporation, ANGELO MOZILO, an individual, KENNETH D. LEWIS, an individual, <br><br> and DOES, 1-10 <br><br> Defendants | Date: August 5, 2011 <br><br> Case No. 5:10 CV 02152 EJD <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

COMES NOW, Plaintiffs, through undersigned counsel, in light of the good-faith efforts on behalf of Defendants to adjudicate all claims outside of court, and in accordance to Fed. R. Civ. P. 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action against all Defendants without prejudice.

Dated: August 5, 2011

/s/ Jessica Rauff
Jessica E. Rauff
Attorney for Plaintiffs
Mary Joseph
John and Kristine Coronal
and a class of others similarly situated

**ORDER**

IT IS SO ORDERED. The Clerk shall close this file.

Dated: August 10, 2011

Edward J. Davila
United States District Judge

## Certificate of Service

I am employed in the County of Santa Clara, State of California. I am over the age of 18. My business address is 1045 S. 12th Street, San Jose, California, 95112.

On August 5, 2011, I served the following documents as follows:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

To:
BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
GOODWIN PROCTER LLP
10250 Constellation Blvd.
Los Angeles, California 90067
Tel.: 310.788.5100
Fax: 310.286.0992

ROBERT B. BADER (SBN 233165)
rbader@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041
Attorneys for Corporate Defendants

IRELL & MANELLA LLP
David Siegel (101355) (dsiegel@irell.com)
Kenneth R. Heitz (53734) (kheitz@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Attorneys for Defendant
Angelo Mozilo

BY (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under the penalty of perjury that I am a member of the bar of this court and the foregoing is true and correct.

Date: August 5, 2011                                    /s/ Jessica E. Rauff

*Joseph, et al., v. Bank of America, et al.*                                    Notice of Dismissal